IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN LYNN MILLER, | No. C 10-05787 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| WASHINGTON MUTUAL BANK FA; JPMORGAN CHASE BANK NATIONAL ASSOCIATION; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1–50, inclusive, | |
| Defendants. | |

Pursuant to stipulation, plaintiff Kristen Lynn Miller "requests the Court to dismiss the above-entitled action with prejudice" (Dkt. No. 20). This request is **GRANTED**. The action is **DISMISSED WITH PREJUDICE**. The clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE